IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEROY SUMLIN,

   Plaintiff,

    v.

STATE OF GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2863-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the action be dismissed because the Plaintiff cannot challenge his conviction in a § 1983 action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 10 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Sumlin\r&r.wpd